# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
# CRIMINAL MINUTE SHEET

| USA v. Brandon Lee Chase | | | DISTRICT JUDGE: Paul L. Maloney |
|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:24-cr-48 | 2/10/2025 | 2:41 p.m. - 3:15 p.m. | Kalamazoo | |

## APPEARANCES

| Government: Doaa Kadhim Al-Howaishy | Defendant: Scott Graham | Counsel Designation: CJA Appointment |
|---|---|---|

## TYPE OF HEARING / DOCUMENTS / CHANGE OF PLEA

**TYPE OF HEARING**
- __ Arraignment:
  - __ mute   __ nolo contendre
  - __ not guilty   __ guilty
- __ Final Pretrial Conference
- __ Detention (waived __)
- __ Motion Hearing
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- ✓ Sentencing
- __ Trial
- __ Other: _____

**DOCUMENTS**
- __ Defendant's Rights
- __ Waiver of Indictment
- __ Other: _____

Court to Issue:
- __ Order of Detention
- __ Notice of Sentencing
- __ Order Appointing Counsel
- __ Other: _____

**CHANGE OF PLEA**
Charging Document:
  __ Read   __ Reading Waived
Guilty Plea to Count(s) _____
of the _____
Count(s) to be dismissed at sentencing:
_____

- __ Presentence Report Ordered
- __ Presentence Report Waived
- __ Plea Accepted by the Court
- __ Plea Taken under Advisement
- __ No Written Plea Agreement

## SENTENCING

Imprisonment: Cts. 1, 2, 3: 360 months each, consecutive
Probation: n/a
Supervised Release: Cts. 1, 2, 3: 5 years each, concurrent
Fine: $ 0.00
Restitution: $ 3,000.00
Special Assessment: $ 300.00
JVTA: $15,000.00

Plea Agreement Accepted: __ Yes __ No
Defendant informed of right to appeal: ✓ Yes __ No
Counsel informed of obligation to file appeal: ✓ Yes __ No
Conviction Information:
  Date: 10/18/2024
  By: Plea
  As to Count(s): 1, 2, & 3 of Spsdg Indictment

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |

| CASE TO BE: | TYPE OF HEARING: |
|---|---|
| **Reporter/Recorder:** Lauret Henry | **Case Manager:** A. Redmond |